UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BURCH,<br><br>           Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>           Defendant. | No.  2:13-CV-01283 TLN DAD<br><br>**ORDER** |

This matter is before the Court pursuant to Plaintiff Brian Burch's ("Plaintiff") attorney's request to withdraw as counsel.  (Mot. to Withdraw as Counsel for Pl., ECF No. 31.)  Defendant California Department of Motor Vehicles ("Defendant") has filed a non-opposition to the motion.  (*See* Def.'s Statement of Non-opp'n, ECF No. 44.)  The Court has reviewed the motion and declaration submitted by Plaintiff's counsel, Gregory Finch, and finds that good cause exists for granting Mr. Finch's request.  As such, the Court hereby GRANTS Plaintiff's counsel's motion to withdraw (ECF No. 31).  Due to this Court's ruling, Plaintiff is now proceeding in propria persona and is thus referred to Magistrate Judge Dale A. Drozd for all further proceedings in accordance with Local Rule 302(c)(21).

      IT IS SO ORDERED.

Dated:  November 6, 2014

Troy L. Nunley
United States District Judge

1