KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SUSAN E. SLAGER, State Bar No. 162942
Supervising Deputy Attorney General
GLORIA GODINEZ, State Bar No. 226867
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-9119
 Fax: (916) 324-5567
 E-mail: Gloria.Godinez@doj.ca.gov
*Attorneys for Defendant California
Department of Motor Vehicles*

FILED
JAN 23 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BURCH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES and DOES 1 - 10, inclusive,<br><br>　　　　　　　Defendant. | 2:13-CV-01283-TLN-DAD<br><br>**STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

　　　Subject to the approval of this Court, the parties hereby stipulate to the following order regarding electronically stored information (hereinafter "Order"):

　　　1.　　This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.

　　　2.　　Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere

1

1 | production of privileged or work-product-protected documents in this case as part of a mass
2 | production is not itself a waiver in this case or in any other federal or state proceeding.

3. The parties acknowledge that it is neither cost-effective nor time-efficient to conduct thorough privilege reviews of massive amounts of ESI. The parties may produce ESI without a prior privilege review.

4. The parties producing ESI have agreed upon a "quick peek" process pursuant to Fed. R. Civ. P. 26(b)(5) and reserve rights to assert privilege as follows: attorney-client privilege, litigation privilege, and work product protection.

5. Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log.

6. Communications may be identified on a privilege log by category, rather than individually, if appropriate.

**IT IS SO STIPULATED.**

Dated: December ___, 2014        PLAINTIFF
JANUARY 9th, 2015

By: _____
Brian Burch, Pro Se


Dated: ~~December ___, 2014~~        ATTORNEY GENERAL OF CALIFORNIA
January 20, 2015

By: _____
Gloria Godinez
Attorneys for Defendant,
Department of Motor Vehicles

///
///

1  The undersigned has considered the stipulated protective order filed and signed by all
2  parties on ~~December~~ January 22, 2015 DAD ~~, 2014.~~

3  **IT IS SO ORDERED.**

4  Dated: ~~December , 2014~~ DAD
5  January 23, 2015

_Dale A. Drozd_
U.S. ~~DISTRICT COURT~~ MAGISTRATE JUDGE   DAD

22
23  SA2013111934
11641636.doc

3