UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BURCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>　　　　Defendant. | No.  2:13-cv-1283 TLN DAD PS<br><br><br>ORDER |

　　　On November 6, 2014, the assigned District Judge referred this matter to the undersigned pursuant to Local Rule 302(c)(21) because plaintiff was proceeding pro se at that time.  (Dkt. No. 47.)  On February 2, 2015, however, the assigned District Judge approved the request of attorney Gregory M. Finch to substitute in to this action as counsel of record for the plaintiff.  (Dkt. No. 59.)

　　　Because the plaintiff is no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and, accordingly, the case will be referred back to the assigned District Judge.  Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action.  The assigned Magistrate Judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:13-cv-1283 TLN DAD with the "PS" designation being eliminated.

IT IS SO ORDERED.

Dated:  February 3, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\burch1283.refer.back.docx